UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/05/2021

PAYPOLITAN OU, *a corporation organized under the laws of Estonia*,

        Plaintiff,

v.

ELOISA MARCHESONI and GIACOMO ARCARO,

        Defendants.

No. 21-CV-5397 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On June 22, 2021, Plaintiff Paypolitan OU initiated this action against Defendants Eloisa Marchesoni and Giacomo Arcaro principally alleging breach of contract. Dkt. 8. On August 5, 2021, Plaintiff filed affidavits of service indicating that Defendants were both served—through their building's concierge—on July 13, 2021. Dkts. 18-19. The Court accepted those affidavits of service and excused their late filing on September 10, 2021. Dkt. 28. In that same order, the Court ordered Defendants to respond to the Complaint and appear in this action or seek an extension by October 1, 2021. Defendants now ask the Court for an extension based on their recent return to their New York residence. Dkts. 30, 31. The Court GRANTS Defendants' request. No later than November 5, 2021, Defendants shall respond to the Complaint and appear in this action. If they fail to do so, and Plaintiff intends to move for default judgment, it shall do so by November 12, 2021.

SO ORDERED.

Dated:    October 5, 2021
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge