```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAYPOLITAN OU, *a corporation organized under the laws of Estonia*,

                Plaintiff,

v.

ELOISA MARCHESONI and GIACOMO ARCARO,

                Defendants.

No. 21-CV-5397 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at the show cause hearing held on May 25, 2022, Plaintiff's motion for default judgment against Defendants is granted as to Plaintiff's first cause of action for breach of contract. By separate order, the Court refers the matter to Magistrate Judge Lehrburger for a damages inquest. The Clerk of Court is respectfully directed to terminate the motion at docket number 42.

SO ORDERED.

Dated:    May 26, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge