**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PAYPOLITAN OU, a corporation organized
under the laws of Estonia,

                Plaintiff,                              21 **CIVIL** 5397 (RA)

        -against-                                    **JUDGMENT**

ELOISA MARCHESONI and GIACOMO
ARCARO,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 6, 2022, as no objections to Judge Lehrburger's Report were filed, the Court has reviewed the Report for clear error. After careful consideration of the record, the Court has found no error and thus has adopted the thorough and well-reasoned Report in its entirety. Accordingly, Plaintiff is awarded $809,258.59 in damages and $532 in costs; accordingly, the case is closed.

**Dated:**  New York, New York
            December 6, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                      **BY:**    *K. Mango*

                                                      **Deputy Clerk**